| **Return** | | |
|---|---|---|
| Case No.:<br>    26-900M(NJ) | Date and time warrant executed:<br>04/20/2026            02:08 PM | Copy of warrant and inventory left with:<br>    USPS Priority Mail Parcel 9505 5105 4671 6105 7548 57 |

Inventory made in the presence of :
   Postal Inspectors Erik Meidlinger and Scott Engelhardt

Inventory of the property taken and name(s) of any person(s) seized:

Search and seizure warrant 26-900M(NJ): USPS Priority Mail Parcel 9505 5105 4671 6105 7548 57 was opened and located inside was one plastic, vacuum sealed bag wrapped in carbon paper and electrical tape which when opened contained approximately 161 grams of a white powdery like substance which field tested positive for Cocaine.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:     05/04/2026

*Erik Meidlinger*
_____
*Executing officer's signature*

Erik Meidlinger, United States Postal Inspector
_____
*Printed name and title*































